UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD STAFFNEY,

Plaintiff,

v.

Case No. 26-cv-13142
Honorable Linda V. Parker

HEIDI WASHINGTON,

Defendant.
_____________________________/

**OPINION AND ORDER DENYING PLAINTIFF'S POST-JUDGMENT MOTIONS (ECF NOS. 6 & 7)**

Plaintiff, a Michigan Department of Corrections inmate, filed this pro se action pursuant to 42 U.S.C. § 1983 on September 1, 2026. About a week later, this Court summarily dismissed Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(g). (ECF No. 4.) A Judgment was entered on the same date. (ECF No. 5.) Plaintiff has since filed a "Motion to Relate Back" (ECF No. 6) and a motion for the appointment of counsel (ECF No. 7).

Neither pending motion warrants a reversal of this Court's decision to summarily dismiss Plaintiff's Complaint pursuant to § 1915(g). Prior to the filing of the current action, Plaintiff filed numerous previous frivolous lawsuits. (*See, e.g.*, ECF No. 4 at PageID.23.) Pursuant to the statute's "three-strikes" rule, Plaintiff cannot proceed without paying the filing fee where he does not allege

facts establishing that he is in imminent danger of serious physical injury, which he has not alleged here. As he may not proceed with his Complaint, there is no need to appoint counsel.

Accordingly,

**IT IS ORDERED** that Plaintiff's post-judgment motions (ECF Nos. 6 & 7) are **DENIED**. This matter remains closed.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 9, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 9, 2026, by electronic and/or U.S. First Class mail.

s/R. Thieme
Case Manager